IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ANN GONZALES,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>          Defendant. | CASE NO. 1:20-cv-00286-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 18). |

Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record. Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: April 22, 2021                              Respectfully submitted,

                                                                 PHILLIP A. TALBERT
                                                                 Acting United States Attorney

                                                                 */s/ Benjamin E. Hall*
                                                                 BENJAMIN E. HALL
                                                                 Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:  **April 22, 2021**                          **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE

1