UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA ANN GONZALES, | CASE NUMBER: 1:20-cv-00286-GSA |
| Plaintiff, | |
| v. | **ORDER ACKNOWLEDGING STIPULATION** |
| KILOLO KIJAKAZI, Commissioner of Social Security, | |
| Defendant. | |

The Court has received the parties' stipulation and proposed order for a 30-day extension of time from September 10 to October 11, 2021 for Defendant to file a response brief due to defense counsel's increased case load.

Pursuant to the Scheduling Order "The court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties. *Court approval is not required for this extension.* However, the stipulation shall be filed with the court.  With the exception of the single thirty-day extension, requests to modify this order must be made by written motion and will be granted only for good cause."  Doc. 10-1 at 3 (emphasis added).

As this is the first extension sought in this matter, Court approval is not required.

IT IS SO ORDERED.

Dated:   **September 10, 2021**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1