PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
    Email: sathya.oum@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONICA ANN GONZALES, | ) | No. 1:20-cv-0286-GSA |
| | ) | |
|    Plaintiff, | ) | **STIPULATION TO VOLUNTARY** |
| | ) | **REMAND PURSUANT TO** |
|    v. | ) | **SENTENCE FOUR OF 42 U.S.C.** |
| | ) | **§ 405(g) AND TO ENTRY OF** |
| KILOLO KIJAKAZI, | ) | **JUDGMENT; ORDER** |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |
| | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g).  The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the medical evidence, reassess the residual functional capacity, and if required, offer the claimant the opportunity for a new hearing and take further action, as warranted, to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 11, 2021                    OSTERHOUT BERGER DISABILITY LAW LLC

                                    By:    */s/ Meghan O. Lambert*
                                           MEGHAN O. LAMBERT
                                           *\* By email authorization*
                                           Attorney for Plaintiff

Dated: October 11, 2021                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                    By:    */s/ Sathya Oum*
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

   Dated:   **October 12, 2021**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE